Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| CHRISTINE MARIE HOBBS<br><br>SCOTT CHARLES HOBBS | ) Chapter 13<br>)<br>) Case No.: 8:07-bk-11178-RK<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)**<br>)<br>)<br>)<br>) |

   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Please find annexed hereto Check No. **301082** in the sum of **$   8.78**
representing an unclaimed dividend in the above-entitled Debtor's estate.
Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and
address of the party entitled to said unclaimed dividend is as follows:
       Fidelity Information C
       Po Box 49938
       Los Angeles, CA 92701

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711178 | CHRISTINE MARIE & SCOTT CHARLES HOBBS ACCT: 104195 | Claim: 00014 | XXX-XX-9328 XXX-XX-9214 | 8.78 | 0.00 | 8.78 |
| | | TOTALS | | 8.78 | 0.00 | 8.78 |

CHRISTINE MARIE HOBBS
SCOTT CHARLES HOBBS
BALANCE:      29.18    [0.00  33/00014]
SSN: XXX-XX-9328    SSN: XXX-XX-9214
ACCT: 104195              CASE: 0711178
PRINCIPAL:       8.78    INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301082

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$8.78

PAY  Eight And 78 / 100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301082⑈ ⑆061100790⑆ 000005751862⑈